1

2

3

4

5

6                          **UNITED STATES DISTRICT COURT**

7                                **DISTRICT OF NEVADA**

8

9    REYNALDO GAMBOA,                    )
           #84977                        )
10                                       )
                   Plaintiff,            )          3:10-cv-00725-LRH-RAM
11                                       )
     vs.                                 )
12                                       )          **ORDER**
     E.K. MCDANIELS,                     )
13                                       )
                   Defendant.            )
14   _____/

15          This is a prisoner civil rights action.  Plaintiff has failed to submit an application to proceed *in*

16   *forma pauperis* or submit the filing fee.  *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special

17   Proceedings 1-1, 1-2.

18          Plaintiff is incarcerated at Ely State Prison ("ESP") and has sued Warden E.K. McDaniel.

19   Plaintiff's complaint is difficult to decipher, but he appears to allege that he has suffered torture while

20   at ESP.  The court notes that plaintiff's allegations in this action directly relate to his claims in 3:10-cv-

21   00217-RCJ-RAM, in which his complaint was dismissed with leave to file an amended complaint (*see*

22   docket #15).

23          Accordingly, notwithstanding plaintiff's failure to file an application to proceed *in forma*

24   *pauperis*, this action is dismissed as duplicative.  If plaintiff files an amended complaint in  3:10-cv-

25   00217-RCJ-RAM, he must include all of his claims related to the alleged torture.  Plaintiff is cautioned

26   that any further separate actions he attempts to file alleging any related claims will be dismissed.

27          **IT IS THEREFORE ORDERED** that the Clerk of Court shall detach and **FILE** the complaint

28   (docket #1-1).

1    **IT IS FURTHER ORDERED** that this action is **DISMISSED** with prejudice.

2    **IT IS FURTHER ORDERED** that the Clerk of Court **shall file** a copy of this order in

3  GAMBOA V. MCDANIEL, 3:10-cv-00217-RCJ-RAM.

4    **IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this

5  case.

6    DATED this 24th day of November, 2010.

7

8

9    _____

10   LARRY R. HICKS
     UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2