AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

REYNALDO GAMBOA,

    Plaintiff,

V.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:10-CV-00217-RCJ-RAM**

E.K. McDANIEL, et al.,

    Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

|  |  |
|---|---|
| 12/29/2010 | **LANCE S. WILSON** |
|  | Clerk |
|  | /s/ P. McDonald |
|  | Deputy Clerk |